AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Jose Refugio Resendez

WARRANT FOR ARREST

CASE NUMBER: 03CR3139-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jose Refugio Resendez___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

89249-198
3/16/1988

07-0199M

In violation of Title ___See Above___ United States Code, Section(s) ___

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| J. Jarabek  (signature) | 12/13/12006 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___NO BAIL SET___ by ___The Honorable Thomas J. Whelan___
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I "D"   MERRELL   DUE 12/15