# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                              Plaintiff,
                vs.

Jose Refugio Resendez
                              Defendant.

Western Division

Case Number: 2:07-MJ-00199
Initial App. Date: 02/13/2007

Out of District Affidavit
Initial App. Time: 2:00 PM

Date Filed: 02/13/2007
Violation: 18:3583
Tape Number: 07-10

---

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Carla Woehrle**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Donna Y. Thomas, Deputy Clerk | Vince Farhat, Assistant U.S. Assistant | Spanish / None, Interpreter/Language

[X] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and [X] preliminary hearing OR [X] removal hearing / Rule 20.
[X] Defendant states true name [X] is as charged [ ] is _____
[X] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[✓] Attorney: Kim Salvo, DFPD [X] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
[ ] Special appearance by: _____
[X] Government's request for detention is: [X] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
[X] Defendant is ordered: [X] Permanently Detained [ ] Temporarily Detained (see separate order).
[ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ at 4:30 PM _____
[ ] PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[X] Defendant executed Waiver of Rights. [ ] Process received.
[X] Court ORDERS defendant Held to Answer to Southern District of California
   [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
   [X] Warrant of removal and final commitment to issue. - Forthwith Removal Ordered
   [ ] Warrant of removal and final commitment are ordered stayed until _____
[ ] Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____
[X] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[ ] RELEASE ORDER NO: _____
[ ] Other: _____

[ ] PSA    [ ] FINANCIAL    [ ] READY

cc  USPO                                          Deputy Clerk Initials: DT : 15